UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS HUTCHINSON, et al.,

Plaintiffs,

v. Civil No. 00-1929 (MJD/JGL)

NUTRO PRODUCTS, INC.,

Defendant.

---

THOMAS HUTCHINSON, et al.,

Plaintiffs,

v. Civil No. 00-2119 (MJD/JGL)

PETSMART, INC., et al.,

Defendants.

**PRETRIAL ORDER**

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in these cases:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2001;

3. Plaintiffs shall disclose all expert witnesses by April 1, 2001, rebuttal expert witnesses by May 1, 2001, and reports by July 1, 2001; Defendants shall disclose all expert witnesses by May 1, 2001, rebuttal expert witnesses by June 1, 2001, and reports by August 1, 2001;

Filed ______________
Francis E. Dosal, Clerk
Judgment Entd. ______________
Deputy Clerk ______________

4. The period during which the parties may seek discovery, including taking depositions, shall be completed by October 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2002; and

7. This case will be considered "ready for trial" as of February 2, 2002.

DATED: December 4, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge