**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**THOMAS HUTCHINSON and TMC STORES, INC.,**

Plaintiffs,

v.

**NUTRO PRODUCTS, INC.,**

Defendant.

Civil No. 00-1929 (MJD/JGL)

**ORDER**

---

APPEARANCES

Paul Kieffer, Esq., for Plaintiffs.

John Lunseth, II, Esq., for Defendant.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on April 5, 2001, on Plaintiffs' Motion to Compel Discovery (Doc. No. 23). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Plaintiffs move for an order compelling Petco Animal Supplies and Petsmart, Inc.[1] to answer Plaintiffs' Interrogatory No. 2. At the hearing,

---

[1] The parties indicate in their moving and opposition papers that Petco Animal Supplies and Petsmart, Inc. are Defendants in this action. However, the Court's docket shows that the only Defendant in this case is Nutro Products, Inc.

FILED APR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
CLERK

counsel for Defendant agreed to provide "velocity statistics," which Plaintiff represented would satisfy the request. Thus, the sole remaining issue for the Court is to determine a date certain by which the information must be produced. The Court orders the information to be produced by April 12, 2001. However, counsel for Defendant stated that the data could be provided by the close of business today, April 5, 2001, and the Court therefore urges production of the information to Plaintiffs forthwith.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery (Doc. No. 23) is **GRANTED**, and the discovery requested shall be produced no later than April 12, 2001.

Dated: April 5, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge