UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| THOMAS HUTCHINSON<br>TMC STORES, INC.<br><br>Plaintiff<br>v.<br><br>NUTRO PRODUCTS, INC.,<br>PETSMART, INC., AND<br>PETCO ANIMAL SUPPLIES,<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause Number | 00-1929 (MJD/JGL)<br>Civil |

On the 5th day of April, 2001 came for consideration Plaintiffs' Request to Amend the Court's Pretrial Order. After considering the arguments of the parties, the Pre-Trial Order is modified as follows: Plaintiffs and Defendants may serve upon each other no more than 50 interrogatory questions, including subparts.

Signed this 6 day of April, 2001.

The Honorable Magistrate Judge Jonathon Lebedoff

FILED APR - 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____