**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**THOMAS HUTCHINSON and TMC STORES, INC.,**

Plaintiffs,

v.

**NUTRO PRODUCTS, INC., PETSMART, INC., and PETCO ANIMAL SUPPLIES, INC.,**

Defendants.

Civil No. 00-1929 (MJD/JGL)

**O R D E R**

APPEARANCES

Paul Kieffer, Esq., and Jerome Abrams, Esq., for Plaintiff.

John Lunseth II, Esq., Nell Matthews, Esq., Patrick Robben, Esq., and John Calfas, Esq., for Defendants.

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on September 20, 2001 on Defendant Nutro's Motion to Enforce Settlement Agreement (Doc No. 40). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1. The Court retains jurisdiction over this case by stipulation in the settlement agreement.

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## I. FACTS

This dispute arises from a trademark infringement case in which the parties entered into a written settlement agreement ("settlement") on May 18, 2001. The settlement contained a confidentiality clause which defined specific language that the parties could use when speaking to the press, inter alia. In addition, the settlement provided for a forfeiture of all monies received under the settlement in the event that the confidentiality agreement was violated. Defendant Nutro argues that Plaintiff Hutchinson violated the terms of the confidentiality agreement by speaking to a reporter from a trade publication. Plaintiff denies speaking with the reporter.

## II. DISCUSSION

The Court is unable to render a decision on Defendant's motion without more facts. Specifically, the Court needs to determine whether Plaintiff actually spoke to the reporter, Mr. Jennings. Therefore, it is necessary for Mr. Jennings to be deposed and for the Court to conduct a fact finding hearing on this matter. In addition, the Court finds it necessary to allow Plaintiff time to correct deficiencies in the affidavit he submitted to the Court.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Mr. Jennings shall be deposed in this matter. The deadline for completing that deposition is October 22, 2001;

(2) Once Mr. Jennings is deposed, the parties shall schedule a fact finding hearing before this Court. Mr. Hutchinson shall appear and testify under oath at this hearing; and

(1) Plaintiff shall file his signed affidavit with the Clerk's office no later than the close of business on September 21, 2001.

Dated: September 20, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500